# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GAILAND K. BREDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-464 |
| ) | (Phillips) |
| AMERICAN SECURITY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 28, 2010, the Court stayed all proceedings in this case until December 1, 2010 [Doc. 15]. Since the fall of 2009, counsel for the defendant has been unable to reach counsel for the plaintiff, Mr. Anthony M. Avery. Defense counsel has indicated that Mr. Avery is a member of the Tennessee National Guard 278th Division and has been deployed to Iraq. The purpose of the Stay was to allow the plaintiff enough time to obtain new counsel.

On August 5, 2010, Danny C. Garland, II, filed a Notice of Appearance [Doc. 17] on behalf of the plaintiff. Because the plaintiff now has legal representation, there is no reason to continue the Stay. Accordingly, it is hereby **ORDERED** that the **STAY IS LIFTED**. A new Scheduling Order will be entered shortly.

In addition, Mr. Avery is hereby terminated as counsel of record for the plaintiff. Mr. Garland shall be listed as counsel of record for the plaintiff.

**IT IS SO ORDERED**.

        **ENTER:**

           s/ Thomas W. Phillips
        United States District Judge