IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GAILAND K. BREDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:08-cv-464 |
| ) | |
| AMERICAN SECURITY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties having announced to the Court that they have settled all matters in controversy between them, and that, in return for good and valuable consideration paid to the Plaintiff, the Plaintiff has agreed to dismiss this cause with prejudice. In turn, the Defendant has agreed to dismiss its counterclaim with prejudice. Therefore, it is hereby

**ORDERED, ADJUDGED and DECREED** that all claims of Plaintiff against Defendant and of the Defendant against Plaintiff are resolved and are hereby **DISMISSED WITH PREJUDICE** with court costs, if any, taxed to Defendants for which execution may issue if necessary. Each party shall bear its own discretionary costs.

ENTER this 15th day of ~~October~~ Nov., 2011.

*Thomas H. Phillips*
United States District Judge

1